UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANDRONIKI (NIKI) BROWNE,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
EMPLOYEES RETIREMENT SYSTEM; the BOARD
OF TRUSTEES OF THE NEW YORK CITY
EMPLOYEES RETIREMENT SYSTEM; DIANE
D'ALESANDRO; and MILTON ARON,

                      Defendants.

**NOTICE OF APPEARANCE**

CV-08-4993 (MGC)(GWG)

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to represent all defendants in the above-referenced action.

Dated:      New York, New York
              July 25, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-101
                                    New York, New York 10007
                                    (212) 788-0884

                              By:          /s/
                                    PAUL MARKS (PM9558)
                                    Assistant Corporation Counsel