UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
)
ANDRONIKI (NIKI) BROWNE,                                          )
)
       Plaintiff,                                                 )     WAIVER OF SERVICE
)     OF SUMMONS
  -against-                                                      )
)
THE CITY OF NEW YORK; THE NEW YORK CITY                           )
EMPLOYEES RETIREMENT SYSTEM;                                      )     08 Civ. 4993 (MGC)
the BOARD OF TRUSTEES OF THE NEW YORK                             )
CITY EMPLOYEES RETIREMENT SYSTEM;                                 )
DIANE D'ALESANDRO; and MILTON ARON                                )
)
       Defendants.                                                )
------------------------------------------------------------------X

TO:   DIANE D'ALESANDRO
       NYCERS Executive Director
       335 Adams Street, Suite 2300
       Brooklyn, New York 11201

       I have received your request to waive service of a summons in this action along with a copy, a prepaid means of returning one signed copy of the form to you, the Individual Rules of Judge Cedarbaum, and a copy of the SDNY ECF Instructions, Procedures, and Guidelines for Electronic Case Filing.

       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

       I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 11, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so,

a default judgment will be entered against me or the entity I represent.

Date: New York, NY
July 24, 2008

_____
SIGNATURE

PAUL MARKS, Assistant Corporation Counsel
_____
Printed/Typed Name

as Attorney for defendant Diane D'Alosandro — IN her official capacity only

of The complaint does not name her in her individual capacity

July 24, 2008